IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| RAUL GONZALEZ, et.al. | § |
| | § |
| | § |
| vs. | §   Civil Action No. _____ |
| | § |
| FIDELITY EXPLORATION & | § |
| PRODUCTION COMPANY | § |

## INDEX OF DOCUMENTS BEING FILED WITH REMOVAL ACTION

Notice of Removal Action under 28 U.S.C. §1446(a)

Exhibit A -   Index of Documents Being Filed With Removal Action

Exhibit B -   List of Counsel of Record

Exhibit C -   State Court Docket Sheet from Cause NO. C-3677-11-I before the 398th Judicial District Court, Hidalgo County, Texas.

Exhibit D -   Plaintiff's Original Petition

Exhibit E -   Citation Return (**unserved**) dated January 5, 2012 as to improperly named Defendant, Fidelity Oil Exploration and Production Company, that was returned to counsel for Plaintiff, Ortiz & Millin, L.P., by CT Corporation as not being served due to the following: "Fidelity Oil Exploration and Production Company" is not listed on CT Corporation's records or the records of the State of Texas.

Exhibit F -   Citation Returned served dated January 13, 2012 identifying date of service of January 18, 2012 upon Fidelity Exploration and Production Company.

Exhibit G -   Defendant's Original Answer

Exhibit H -   Civil Cover Sheet



Exhibit I (1-68)     Hidalgo County Appraisal District Tax Assessed Value Reports as to each named Plaintiff (source: www.hidalgoad.org).

I - 1   Raul Gonzalez
I - 2   Dora Cantu
I - 3   Jennifer Garcia
I - 4   Juanita Garcia
I - 5   Baldemar & Rosalva Guajardo
I - 6   Sylvestre & Dora Lopez
I - 7   Salvador Cornejo
I - 8   Guadalupe Moreno
I - 9   Maribel Pena
I -10   Nancy Alanis
I - 11  Jose Maria Flores
I - 12  Glendy Gutierrez
I - 13  Jorge A. Hernandez
I - 14  Maria Lopez
I - 15  Gerardo Padilla
I - 16  Mario G. Pina
I- 17   Jorge Ramirez
I - 18  Marissa Rios
I - 19  Jorge Ruvalcaba
I - 20  Juan Salgado
I - 21  Felipe Del Angel
I - 22  Rene Flores
I - 23  Juan Gomez
I - 24  Nora Hinojosa
I - 25  Abraham Perez
I - 26  Martha Saldivar
I - 27  Jose & Juana De La Fuente
I - 28  Idalia Garza
I - 29  Eliud Lopez
I - 30  Leonardo & Velia Silva
I - 31  Rosario Garcia
I - 32  Norma Garcia
I - 33  Arnulfo Cantu
I - 34  Baldemar Guajardo
I - 35  Jose Manuel Garza
I - 36  Anselmo Gonzalez
I - 37  Jose & Maria Cantu
I - 38  Oscar Cantu
I - 39  Guadalupe Garcia

| | |
|---|---|
| I - 40 | Jose Reyes Salinas |
| I - 41 | Juan & Lettisia Vivas |
| I - 42 | Jesus & Marianela Hinojosa |
| I - 43 | Pedro Villalon |
| I - 44 | Jose & Sandra Cantu |
| I - 45 | Ramon Gonzalez, Jr. |
| I - 46 | Domingo Garza, Jr. |
| I - 47 | Norma L. Perales |
| I - 48 | Erasmo & Aleida Vasquez |
| I - 49 | Jorge & Gloria De Leon |
| I - 50 | Antonio Villarreal |
| I - 51 | Daysi Nunez |
| I - 52 | Pablo Fuentes |
| I - 53 | Luis Vidal Ramirez |
| I - 54 | Robert & Diana |
| I - 55 | Pedro & Leticia Tovar |
| I - 56 | Marissa Silva |
| I - 57 | Jose & Maria Cantu |
| I - 58 | Rosa M. Padron |
| I - 59 | Abundio Mendiola |
| I - 60 | Jose Luis Rios, Jr. |
| I - 61 | Lee & Anabel Martinez |
| I - 62 | Domingo & Hortencia Garza |
| I - 63 | Julian Lopez |
| I - 64 | Ricardo Benitez |
| I - 65 | Miriam Robles |
| I - 66 | Juan Jose Villarreal |
| I - 67 | Jose & Benita Gonzale |
| I - 68 | Maria Sanchez |