# Civil Docket
## Court

**Case No. C-3677-11-I**
HIDALGO County

February 3rd, 2012
3:15pm

**RAUL GONZALEZ, ET AL vs. FIDELITY OIL EXPLORATION AND PRODUCTION COMPANY**

Filed: 12/28/2011
Status: Filed
Type: CONTRACT - OTHER-CIVIL

Judge
AIDA SALINAS FLORES

Court Reporter

| Date | | Volume | Page |
|---|---|---|---|

### Disposition Information

Case Disposition:

### Events & Orders of the Court

| Date | Event |
|---|---|
| 12/28/11 | $FILE<br>Entered by: marcella on 12/28/11 at 02:42pm |
| 12/28/11 | PLAINTIFF'S ORIGINAL PETITION<br>Entered by: tsg on 12/28/11 at 02:42pm |
| 12/28/11 | CITATION ISSUED<br>TO FIDELITY OIL EXPLORATION AND PRODUCTION COMPANY AND SAME HAND DELIVERED TO: DAVID ECSTKTEIN<br>Entered by: MELINDAD on 12/28/11 at 05:18pm |
| 01/09/12 | CITATION RETURNED<br>NOT SERVED TO FIDELITY OIL EXPLORATION AND PRODUCTION COMPANY REG AGENT: CT CORP. (IS NOT LISTED IN HTE RECORDS OF THE STATE OF TEXAS). FILED<br>Entered by: MELINDAD on 01/09/12 at 02:48pm |
| 01/13/12 | CITATION ISSUED<br>TO FIDELITY EXPLORATION AND PRODUCTION CO. AND SAME HAND DELIVERED TO: DAVID ECKSTEIN<br>Entered by: SPONCE on 01/13/12 at 08:33am |
| 01/13/12 | CITATION RETURNED<br>ON FIDELITY OIL EXPOLORATION AND PRODUCTION COMPANY REG AGENT: CT CORPORATION SYSTEM SERVED BY CERT MAIL ON 1/5/12. FILED<br>Entered by: MELINDAD on 01/13/12 at 10:41am |
| 01/27/12 | CITATION RETURNED<br>ON FIDELITY EXPLORATION AND PRODUCTION COMPAY C/O RA: C.T. CORPORATION CO. SERVED BY CERTIFIED MAIL ON 1/18/12. FILED<br>Entered by: MELINDAD on 01/27/12 at 04:54pm |
| 02/03/12 | ANSWER<br>DEFENDANT'S ORIGINAL ANSWER, FILED |

**EXHIBIT C**

DATE Feb 3, 2012
A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By _____ Dep

Page 1

# Civil Docket
Court

Case No. C-3677-11-I  
HIDALGO County

February 3rd, 2012  
3:15pm

| Date | | Volume | Page |

### Events & Orders of the Court (cont.)

Entered by: MELINDAD on 02/03/12 at 03:14pm

### Fee Payment Information

Plaintiff Payments  
Total Payments: 2  
Total Paid    : $243.00

| Date | Type | Receipt | Amount |
|---|---|---|---|
| 12/28/11 | CK | Rcpt # 242478 | $235.00 |
| 01/13/12 | CS | Rcpt # 243227 | $8.00 |

DATE Feb 3, 2012  
A true copy I certify  
LAURA HINOJOSA  
District Clerk, Hidalgo County, Texas  
By: _____ Deputy